DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE ISAAC ORTEGA HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-mj-0001 |
| *Plaintiff,* | MOTION FOR EARLY TERMINATION OF PROBATION; AND ORDER |
| v. | |
| JORGE ISAAC ORTEGA HERNANDEZ, | Judge: Hon. Dennis L. Beck |
| *Defendant.* | |

The defendant, Jorge Isaac Ortega Hernandez, hereby requests early termination of his previously imposed term of probation. This motion is made on the grounds that Mr. Hernandez has complied with all terms of his probation including attending all court ordered Alcoholics Anonymous meetings and has paid his fine in full. The court has previously taken an oral motion to termination probation under submission and has requested proof of the complete fine payments, which is now included as Exhibit A. Defense counsel has communicated with United States Attorney Mark McKeon regarding this request and Mr. McKeon does not oppose the request.

//
//
//
//
//

1  Dated: October 17, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
JORGE ISAAC ORTEGA HERNANDEZ

**ORDER**

**IT IS HEREBY ORDERED** that defendant's motion for early termination of probation **IS GRANTED and PROBATION is hereby TERMINATED.**

IT IS SO ORDERED.

Dated:   **October 28, 2008**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Motion for Early Termination
of Probation and Proposed Order                −2−